UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO AQUINO FLORES and RICARDO ISIDRO REYES, *on behalf of themselves, FLSA Collective Plaintiffs, and the class,*<br><br>                              Plaintiff,<br><br>     -against-<br><br>CGI INC., d/b/a BUS STOP DINER,<br>THREE A PLUS INC., d/b/a MALIBU DINER,<br>ALEXANDROS GRIMPAS,<br>JOSE COLLADO, and<br>ALEXANDROS ILIADIS,<br>                              Defendants | **Case No.: 22-cv-350** |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER (1) CONDITIONALLY CERTIFYING SETTLEMENT CLASS AND COLLECTIVE ACTION, (2) GRANTING PRELIMINARY APPROVAL TO PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, (3) DIRECTING DISSEMINATION OF NOTICE AND RELATED MATERIAL TO THE CLASS, AND (4) SETTING DATE FOR FAIRNESS HEARING AND RELATED DATES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for an Order (1) Conditionally Certifying Settlement Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement and Plan of Allocation, (3) Directing Dissemination of Notice and Related Material to the Class, (4) Setting Date for Fairness Hearing and Related Dates ("Motion for Preliminary Approval"), and the Declaration of C.K. Lee in Support of Plaintiffs' Motion for Preliminary Approval ("Lee Declaration"), Plaintiffs respectfully request that the Court enter an Order:

(1)     granting preliminary approval of the Class Settlement Agreement ("Settlement Agreement"), **Exhibit A** to the Lee Declaration;

(2)     conditionally certifying the settlement class under Federal Rule of Civil Procedure 23(b)(3) and 29 U.S.C. § 216(b);

(3) appointing Lee Litigation Group, PLLC ("Lee Litigation Group") ("Plaintiffs' Counsel") as Class Counsel;

(4) appointing Advanced Litigation Strategies, LLC as Claims Administrator;

(5) approving the proposed Notice of Class Action Settlement, **Exhibit B** to the Lee Affidavit;

(6) approving Plaintiffs' proposed schedule for final settlement approval and setting a date for the Fairness Hearing and related dates; and

(7) granting such other, further, or different relief as the Court deems just and proper.

\* \* \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached as **Exhibit 1** hereto, for the Court's convenience.

Date: May 6, 2022
New York, New York

Respectfully submitted,

By: /s/ *CK Lee*
C.K. Lee, Esq.
**LEE LITIGATION GROUP, PLLC**
148 W. 24th Street, 8th Floor
New York, NY 10011
Tel.: 212-465-1180
Fax: 212-465-1181
*Attorneys for Plaintiffs,*
*FLSA Collective Plaintiffs*
*and the Class*