USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___05/10/2022___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FERNANDO AQUINO FLORES and RICARDO
ISIDRO REYES, on behalf of themselves, FLSA
Collective Plaintiffs, and the class,

                                Plaintiffs,

              -against-

CGI INC., d//b/a BUS STOP DINER,
THREE A PLUS INC., d/b/a MALIBU DINER,
ALEXANDROS GRIMPAS, JOSE COLLADO, and
ALEXANDROS ILIADIS,

                              Defendants.
-----------------------------------------------------------------X

**22-CV-350 (KHP)**

**ORDER SCHEDULING**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        A conference in this matter to discuss the proposed order of preliminary

approval for settlement is hereby scheduled for **Tuesday, May 17, 2022 at 10:00 a.m.** in

Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**Counsel and parties are required to follow the Court's COVID-safety protocols and should**

**review the Court's website  in advance of the conferences for the most up to date**

**information**.

                SO ORDERED.

DATED:      New York, New York
             May 10, 2022

                               _____
                               KATHARINE H. PARKER
                               United States Magistrate Judge