UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO AQUINO FLORES and RICARDO ISIDRO REYES, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,<br>        Plaintiffs,<br> -against-<br>CGI INC., d/b/a BUS STOP DINER,<br>THREE A PLUS INC., d/b/a MALIBU DINER,<br>ALEXANDROS GRIMPAS,<br>JOSE COLLADO, and<br>ALEXANDROS ILIADIS,<br>        Defendants | Case No.: 1:22-cv-350 (KHP) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT**

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiffs' Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter the proposed Order, attached hereto as **EXHIBIT 1**.

Dated: New York, New York
    October 5, 2022       Respectfully submitted,

                   **LEE LITIGATION GROUP, PLLC**

            By: */s/ C.K. Lee*
               C.K. Lee, Esq.
               148 West 24th Street, Eighth Floor
               New York, NY 10011
               Tel.: 212-465-1188
               *Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*