UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO AQUINO FLORES and RICARDO ISIDRO REYES, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,<br><br>                                            Plaintiffs,<br><br>  -against-<br><br>CGI INC., d/b/a BUS STOP DINER,<br>THREE A PLUS INC., d/b/a MALIBU DINER,<br>ALEXANDROS GRIMPAS,<br>JOSE COLLADO, and<br>ALEXANDROS ILIADIS,<br><br>                                            Defendants | Case No.: 1:22-cv-350 (KHP)<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVES' SERVICE AWARDS** |

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Class Representatives' Service Awards and in the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order granting service awards totaling $15,000, representing $10,000 to Fernando Aquino Flores and $5,000 to Ricardo Isidro Reyes, to be paid from the Settlement Fund, in recognition of the services they rendered on behalf of the class, pursuant to the terms of the Parties' Settlement Agreement.

Dated: New York, New York
      October 5, 2022

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By: /s/ C.K. Lee
C.K. Lee, Esq. (CL 4086)
Anne Seelig, Esq. (AS 3976)
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*